**Randy L. THOMAS, Plaintiff—Appellant,**

v.

**Ynez OLSHAUSEN; Mary Ellen McDonald; Peter Gorman; Charlotte–Mecklenburg Police Department; Charlotte–Mecklenburg; State of NC, Defendants—Appellees.**

No. 07–1397.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 27, 2007.

**153**

Randy L. Thomas, Appellant Pro Se. Mark Weston Johnson, Helms, Mulliss & Wicker, PLLC, Charlotte, North Carolina; Richard Harcourt Fulton, Office of the City Attorney, Charlotte, North Carolina; Thomas J. Ziko, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Thomas seeks to appeal the magistrate judge's order transferring this 42 U.S.C. § 1983 (2000) action to a particular district court judge. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Thomas seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*